AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Alexander C. Gray

*Plaintiff(s)*

v.

Debbie Allen (in her official capacity)

*Defendant(s)*

Civil Action No. 3:25cv742

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Debbie Allen
9001 Arboretum Pkwy
North Chesterfield, VA 23236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexander C Gray
150 N Snow Canyon Dr, Unit 19
Ivins, UT 84738
804-335-7579 | zandergray1@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/15/2025

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| Alexander C. Gray<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:25cv742 |
| Carolyn Bishop(in her official capacity)<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carolyn Bishop
9001 Arboretum Pkwy
North Chesterfield, VA 23236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexander C Gray
150 N Snow Canyon Dr, Unit 19
Ivins, UT 84738
804-335-7579 | zandergray1@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/15/2025

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Alexander C. Gray

*Plaintiff(s)*

v.

Commonwealth Savers Plan (f/k/a Virginia College Savings Plan)

*Defendant(s)*

Civil Action No. 3:25cv742

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Commonwealth Savers Plan
c/o Mary G. Morris, Chief Executive Officer
9001 Arboretum Pkwy
North Chesterfield, VA 23236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexander C Gray
150 N Snow Canyon Dr, Unit 19
Ivins, UT 84738
804-335-7579 | zandergray1@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/15/2025

FILE COPY

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| Alexander C. Gray<br>*Plaintiff(s)*<br>v.<br>Mary G. Morris (in her official capacity)<br>*Defendant(s)* | ) | Civil Action No. 3:25cv742 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mary G. Morris
9001 Arboretum Pkwy
North Chesterfield, VA 23236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexander C Gray
150 N Snow Canyon Dr, Unit 19
Ivins, UT 84738
804-335-7579 | zandergray1@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

FILE COPY

Date: 9/15/2025

*Signature of Clerk or Deputy Clerk*