IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: CASES ASSIGNED TO THE HONORABLE
RODERICK C. YOUNG

# **STANDING ORDER**

This Standing Order applies to all cases assigned to United States District Judge Roderick C. Young, in the U.S. District Court for the Eastern District of Virginia, Richmond Division.

As a general policy, the U.S. District Court for the Eastern District of Virginia has prohibited all individuals from bringing large personal electronic devices into the courthouse without prior authorization from a judge. Upon due consideration, and in the interest of judicial efficiency, the Court ORDERS that all attorneys appearing for a hearing before the Honorable Roderick C. Young may bring large personal electronic devices into Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse located in Richmond, Virginia (the "Courthouse"), when appearing before Judge Young. "Large personal electronic devices" shall mean tablets, laptops, and any associated chargers.

In order to bring these large personal electronic devices into the Courthouse, the attorney SHALL:

1. Bring a **printed copy of this Order** with them.
2. Bring a **printed copy of the docket sheet** demonstrating that they presently represent a party in the case assigned to Judge Young.
3. Present the printed copy of this Order and the docket sheet to the Deputy U.S. Marshal or court security officer at the security checkpoint and/or upon request.

The Court DIRECTS the Deputy U.S. Marshal or court security officer to permit the attorney appearing before Judge Young to bring their large personal electronic devices into the Courthouse after producing the above documents. This Order SHALL only apply to:

1. Hearings before the Honorable Roderick C. Young. Attorneys may not use this Standing Order to bring large personal electronic devices into the Courthouse when they are not appearing before Judge Young, nor may they use this Standing Order to bring large personal electronic devices into other Judges' courtrooms or chambers before or after appearing before Judge Young; and
2. Hearings in cases in which the Court has entered this Standing Order. Once all proceedings in the case before Judge Young have ceased, the permission to bring personal electronic devices into the Courthouse also ceases.[1]

Let the Clerk send a copy of this Order to all counsel of record and to the United States Marshals Service, Richmond Division.

It is so ORDERED.

/s/
Roderick C. Young
United States District Judge

Date: January 15, 2025
Richmond, Virginia

[1] If an attorney has made an appearance in another case before Judge Young in which the Court has not entered this Standing Order, and they wish to bring their large personal electronic devices into the Courthouse for a hearing in that case, they may contact the Courtroom Deputy of the undersigned at (804) 916-2232.