EXHIBIT A

June 5, 2025 Email Chain

Full file available upon request

From: Debbie Allan <dallan@commonwealthsavers.com>
Sent: Thursday, June 5, 2025 4:51 PM
To: Zander Gray <zgray@commonwealthsavers.com>
Subject: RE: Follow-up on our Discussion Regarding Work Arrangement Options

Hi Zander, I am glad we got to connect today and appreciate you ensuring we are on the same page.   I think there is some clarification needed on these and I am happy to provide it.   For sake of this email, Managers are all people who manage employees including managers, directors, and chief officers.

### Expectation for Managers and Employees in the Office

Prior to the pandemic, when you were originally offered your position, Managers all worked in the building 5 days per week.  Upon our return from COVID, we updated that to three days per week with a preference for T, W, and TH for Managers and 2 days per week for individual contributors, again with a preference for T, W, or TH.  We understand that some teams need coverage so those days may vary.  Every Manager currently works in the office three days per week; managers in customer service may work different days but still work three days per week in the Arboretum.   In our conversation today, I suggested that if those days don't work for you, you can request different days. We specifically discussed working in the office M, T, and W to fly to Utah TH and work remotely on Fridays (4, 10 hr days).

There is no policy restricting Managers from working remotely or living out of state, nor is there a policy allowing Managers to work remotely or live out of state full time. Our Telework policy assumes employees work onsite unless approved otherwise.  No Manager has ever been allowed to relocate and work remotely, only individual contributors in extenuating circumstances.  And, all those employees are on the east coast, and in the same time zone as the office.   Similarly, there is not a policy on residency, just a practice that all Manager position require that Managers work in the office three days per week which is backed by any job posting for a Manager since our hybrid schedules began.   We have applied this consistently for all Managers.

As to your awareness of your availability, I think that was well covered in the March 19 meeting and in briefly looking back at your Namely comments, I do see feedback on proactive leadership and communication.  Happy to discuss that one further if needed.

### Next Steps

You asked in our meeting where we go from here and that is not something I can answer for you.  We require all Managers to work in the office three days a week and you indicated in this email that traveling each week wasn't doable. Your best next step if a modified schedule and commute won't work is to discuss this with Mary directly.   I understand you are in an extremely difficult situation and have a lot of empathy for both you and your wife and will remain available for any questions you may have

Our Telework Policy can be found in our Employee Handbook in Policy Tech but I also pasted it here for your convenience

# *Telework*

Commonwealth Savers may authorize certain positions anc certain employees to telework. This practice enables employees to work at an alternate work site for all or part of a work week as a means of achieving administrative efficiencies and business continuity. As teleworking is a voluntary work alternative its terms and conditions are subject to review by Commonwealth Savers based on business needs.

Definitions:
Full-time teleworkers are those who are regularly scheduled to work at an alternate site for all working hours in a work week and visit the main office only for meetings as needed.

Hybrid teleworkers are regularly scheduled to work at an alternate site for 32 or more hours per month and also work regularly in the main office.

Limited teleworkers work at an alternate site on an ad hoc basis due to personal or business need.
Before determining if an employee is eligible to telework, the employee, their manager and the Chief Engagement Officer will discuss the feasibility of a teleworking arrangement including the following:

- Employee performance including work habits and quality of work
- Job responsibilities
- Equipment needs
- Other legal and fiscal implications

If it is determined that an employee will telework on a full-time, part-time, or ad hoc basis then the employee and the manager must complete a Telework Agreement which outlines the expectations of all parties to the arrangement. Employees who work from home during non-business hours in addition to working full time in the office are not required to complete a Telework Agreement however they must abide by the Teleworking policy.

## *Expectations*

The teleworking employee is expected to maintain a satisfactory level of performance in order to continue teleworking. Performance will be monitored on an ongoing basis with expectations being clearly communicated by the supervisor and employee. The employee is expected to work regularly scheduled hours and to notify their manager in advance if there will be times the employee is unavailable during work hours. Non-exempt employees must report all hours worked in accordance with the Fair Labor Standards Act; overtime hours must be approved in advance and will be paid according to applicable laws and policies.

Teleworking employees are responsible for creating a safe work environment that is free of known hazards and distractions. Commonwealth Savers will not pay for renovations, furniture, or other equipment needed to create the work area.

If an employee is injured while working in their established alternative location then they must report it immediately to their manager or Chief Engagement Officer. Injuries that occur while performing normal work duties are typically covered by Commonwealth Savers' workers compensation plan and/or Virginia Sickness and Disability plan.

Teleworking is not an appropriate replacement for child or adult care as the focus of the employee should be on meeting the requirements of the job. Another individual must be present at the work location if there are children or adults who need supervision during the employee's scheduled work hours. Furthermore, teleworking is not intended to be used in place of leave including Family and Medical Leave, Worker's Compensation leave or leave used under the Virginia Sickness and Disability Program however it may be considered a reasonable accommodation under the ADAAA.

Teleworking employees may be required to report to a central office for meetings and will be given notice when possible, of this requirement.

**This is a true and accurate excerpt from a 5-page email received June 5, 2025. Full document available upon request. /s/ Alexander C. Gray**