EXHIBIT B

June 13, 2025 Email Chaine

Excerpt Full file available upon request

**From:** Zander Gray <zgray@commonwealthsavers.com>
**Sent:** Friday, June 13, 2025 10:51 AM
**To:** Carolyn Bishop <cbishop@commonwealthsavers.com>
**Subject:** Work Schedule Request for Week of June 16th.
**Importance:** High

I wanted to reach out regarding my work schedule for next week given my ongoing family circumstances.

As you know, my wife's mental health treatment requires her to be in Utah with family support, which has created challenges with our current office requirements. For the week of June 16th, I'm requesting to work remotely on Tuesday, June 17th and Wednesday, June 18th to accommodate these family circumstances.

I understand Thursday, June 19th is the Juneteenth holiday, so I'll plan to work remotely on Monday and Friday as usual.

If remote work isn't possible for Tuesday and Wednesday, I'll need to use PTO for those days to address my family's medical situation.

I'm hoping we can find a workable solution that allows me to maintain my productivity while addressing these challenging family circumstances. Please let me know how you'd like to handle the Tuesday and Wednesday coverage.

Thank you for your understanding.

Best regards,

Zander

**From:** Carolyn Bishop <cbishop@commonwealthsavers.com>
**Sent:** Friday, June 13, 2025 3:44 PM
**To:** Zander Gray <zgray@commonwealthsavers.com>
**Cc:** Jessica Geis <jgeis@commonwealthsavers.com>
**Subject:** RE: Work Schedule Request for Week of June 16th.

First I wish you and your family well as you navigate your wife's medical needs. Your PTO is available for these situations, and I will approve your time off next week to be with your wife.

As we discussed during our meeting on May 27, 2025, further remote work from Utah is not authorized given your director role with 10 direct reports. While we were temporarily flexible as you initially navigated your wife's move to Utah, we explained that any future days for which you are unable to come to the Arboretum due to travel to Utah would require the use of PTO. Accordingly, please use your PTO next week for the days you were scheduled to be in the office. You are correct that Thursday is a holiday, so PTO would only be necessary for Tuesday and Wednesday if you are working remotely Monday and Friday.

As I believe you were notified earlier this week, the original FMLA eligibility notice that was sent to you has expired since you declined to return the paperwork, so please note that these absences are not FMLA-protected in nature. If you would like to restart the process, please let Jessica or any member of the HR team know.

Carolyn Bishop | Chief Operations Officer

Commonwealth Savers

**This is a true and accurate excerpt from an mail received June 13, 2025. Full document available upon request. /s/ Alexander C. Gray**

Friday, August 27, 2021 · 9:17 AM

good news...    ·

Utah is a go

Yay!!!

es.google.com/web/conversations/CgjGuZeUoHbFhRIDNDY4

·M                                                          Google Messages for web: Conversations

Thank you so much for al of your work

As soon as you sent the messages Carolyn and Sheela called me

I have lots of family/ friends there...my wife grew up in Utah... My step son and step daughter are in St George.  They are your age (maybe older).  You would like Tyler a lot

That is an area I'll certainly be looking into!

excerpted from sms text messages