EXHIBIT C

June 23, 2025 Email Chain

Excerpt Full file available upon request

**From:** Carolyn Bishop <cbishop@commonwealthsavers.com>
**Sent:** Monday, June 23, 2025 5:27 PM
**To:** Zander Gray <zgray@commonwealthsavers.com>
**Cc:** Jessica Geis <jgeis@commonwealthsavers.com>
**Subject:** RE: Discussion Regarding Work Arrangement Resolution

Zander,

A meeting sounds like a great idea. I will put something on our calendars. You have a few statements and questions below and for this email, I do want to address your statement about the accommodation process. The ADAAA allows for accommodations for the employee with a disability; however, the ADAAA does not require accommodations to be provided for caregivers. While we understand you do not like the Agency's position, we have consistently informed you we do not allow people leaders to work remotely from other states.  I have added HR to this email in case there are further questions.

For any additional questions, we can discuss when we meet.

Carolyn

Carolyn Bishop | Chief Operations Officer

Commonwealth Savers