**EXHIBIT D**

June 23, 2025 Chad Bailey Texts

Excerpt Full file available upon request

Friday, August 27, 2021 · 9:17 AM

good news...

Utah is a go

Yay!!!

ₑs.google.com/web/conversations/CgjGuZeUoHbFhRIDNDY4

'M                                                                                        Google Messages for web: Conversations

Thank you so much for al of your work

As soon as you sent the messages Carolyn and Sheela called me

I have lots of family/ friends there...my wife grew up in Utah... My step son
and step daughter are in St George.  They are your age (maybe older).  You
would like Tyler a lot

That is an area I'll certainly be looking into!

excerpted from sms text messages