EXHIBIT E

June 30, 2025 Leave Request & Termination  Letter

Excerpt Full file available upon request





June 30, 2025

Zander Gray
109 Kennondale Lane
Richmond, Virginia 23226

Dear Zander,

This letter serves as confirmation that your employment with Commonwealth Savers is terminated effective immediately due to job abandonment. As we have discussed to include most recently on Friday June 27th, your permanent move to Utah and resulting inability to work in-office as this role requires cannot be supported.

Your final paycheck will be provided to you on July 16, 2025. Payment for unused, accrued PTO (if applicable) up to the allowable maximum will be paid on August 1, 2025.

Your health insurance benefits will continue through today, June 30, 2025. Your rights to continue coverage under COBRA will be provided to you by mail from our plan administrator. **Please ensure your mailing address is up to date in Cardinal to ensure receipt of these materials.** Enclosed you will find additional information regarding all other benefits including plan options and contact information for each. Note that it is your responsibility to contact each plan administrator, as applicable or needed, to make any changes or elections.

The following Commonwealth Savers property must be returned to human resources immediately at no cost to you. **Please provide us with your address in Utah *by 5:00PM EST on Wednesday July 2nd* so we can send the shipping materials.**

- Computer(s)
- Monitor(s)
- Docking Station
- Keyboard/Mouse
- RSA Token(s)
- ID and Building Access Badge(s) & Office Keys
- Any other CSP property or materials.

Additionally, all Commonwealth Savers related applications must be removed from any personal electronic devices to include InTune and other related systems.

We wish you well in your future endeavors.

Sincerely,

*Carolyn Bishop*

Carolyn Bishop
Chief Operations Officer
Commonwealth Savers

CC:    Mary Morris, Chief Executive Officer
       Jessica Geis, Human Resources Business Partner
       Chris McGee, General Counsel