Alexander C. Gray
150 N Snow Canyon Dr Unit 19
Ivins, UT 84738
Phone: (804) 335-7579
Email: zandergray1@gmail.com

September 18, 2025



VIA FEDEX OVERNIGHT DELIVERY

Clerk of Court
United States District Court
Eastern District of Virginia, Richmond Division
701 East Broad Street
Richmond, VA 23219

RE: Gray v. Commonwealth Savers, et al.
Case No. 3:25-cv-00742
Filing of First Amended Complaint and Motion for Leave to File Electronically

Dear Clerk:

I am the pro se Plaintiff in the above-captioned matter. Pursuant to Rule 15(a)(1), I am filing my
First Amended Complaint as a matter of course. No responsive pleading has yet been filed and
fewer than 21 days have elapsed since service of the original complaint.

Enclosed for filing please find:

1. First Amended Complaint with Jury Demand, including Exhibits A–E (cover pages attached;
originals appended).
2. Motion for Leave to File Documents Electronically (original).
3. [Proposed] Order Granting Electronic Filing (original).

Please note that the $405 filing fee was paid with the original Complaint filed September 15,
2025. No additional fee is required for this First Amended Complaint.

I respectfully request that the Court promptly consider the Motion for Leave to File
Electronically, given my residence in Utah approximately 2,200 miles from Richmond, so that I
may file future documents via CM/ECF without delay.

If there are any deficiencies, please notify me immediately at the above phone or email so I may cure them.

Thank you for your assistance.

Respectfully,

Alexander C. Gray
Plaintiff, pro se


Enclosures:
- First Amended Complaint (with Exhibits A–E)
- Motion for Leave to File Electronically
- [Proposed] Order


cc: C. Randolph Sullivan, Esq. (via email)
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219
Attorney for Defendants