ALEXANDER C. GRAY,
        Plaintiff,

v.                                            Civil Action No. 3:25-cv-00742-RCY

COMMONWEALTH SAVERS (f/k/a
Virginia College Savings Plan),
MARY G. MORRIS, in her individual and
official capacities,
CAROLYN BISHOP, in her individual and
official capacities, and
DEBBIE ALLAN, in her individual and
official capacities,
        Defendants.

## NOTICE OF FILING CORRECTED PROPOSED SECOND AMENDED COMPLAINT

Plaintiff Alexander C. Gray, appearing pro se, respectfully files this Notice and the attached

Corrected Proposed Second Amended Complaint (Attachment A).

1. On October 23, 2025, Plaintiff filed a Motion for Leave to File Second Amended Complaint

(ECF No. 22), attaching the proposed Second Amended Complaint as Exhibit A (ECF No. 22-2).

That Motion for Leave remains pending.

2. On October 27, 2025, Plaintiff filed a Notice of Scrivener's Error (ECF No. 23) correcting two

clerical references in the proposed Second Amended Complaint (the identification of the signer

of the Virginia Employment Commission submission, and a corresponding clause regarding

Defendant Allan).

3. The attached Corrected Proposed Second Amended Complaint consolidates these materials

into a single, clean proposed pleading. It incorporates the scrivener's corrections noticed at ECF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ALEXANDER C. GRAY,
Plaintiff,

v. Civil Action No. 3:25-cv-00742-RCY

COMMONWEALTH SAVERS (f/k/a Virginia College Savings Plan),
MARY G. MORRIS, in her individual and official capacities,
CAROLYN BISHOP, in her individual and official capacities, and
DEBBIE ALLAN, in her individual and official capacities,
Defendants.

**NOTICE OF FILING CORRECTED PROPOSED SECOND AMENDED COMPLAINT**

Plaintiff Alexander C. Gray, appearing pro se, respectfully files this Notice and the attached Corrected Proposed Second Amended Complaint (Attachment A).

1. On October 23, 2025, Plaintiff filed a Motion for Leave to File Second Amended Complaint (ECF No. 22), attaching the proposed Second Amended Complaint as Exhibit A (ECF No. 22-2). That Motion for Leave remains pending.

2. On October 27, 2025, Plaintiff filed a Notice of Scrivener's Error (ECF No. 23) correcting two clerical references in the proposed Second Amended Complaint (the identification of the signer of the Virginia Employment Commission submission, and a corresponding clause regarding Defendant Allan).

3. The attached Corrected Proposed Second Amended Complaint consolidates these materials into a single, clean proposed pleading. It incorporates the scrivener's corrections noticed at ECF

No. 23 and supersedes the proposed Second Amended Complaint filed at ECF No. 22-2 as the proposed pleading Plaintiff requests leave to file. In addition to the ECF No. 23 corrections, it (a) renumbers the paragraphs sequentially to remove a duplicated and out-of-sequence paragraph and skipped numbers; and (b) removes one inapposite case citation.

4. The Corrected Proposed Second Amended Complaint makes no substantive change to any claim, party, factual theory, requested relief, or referenced exhibit. The claims, parties, and relief remain identical to those in the proposed Second Amended Complaint at ECF No. 22-2, as corrected by ECF No. 23. The referenced exhibits are unchanged; Plaintiff submits the corrected proposed pleading and exhibit index only because leave to amend has not yet been granted.

5. Plaintiff respectfully requests that the Court treat the attached Corrected Proposed Second Amended Complaint as the proposed pleading for purposes of Plaintiff's pending Motion for Leave to File Second Amended Complaint (ECF No. 22).

Dated: June 15, 2026

Respectfully submitted,

**Alexander C. Gray (pro se)**
150 N. Snow Canyon Dr., Unit 19
Ivins, UT 84738
(804) 335-7579
zandergray1@gmail.com

No. 23 and supersedes the proposed Second Amended Complaint filed at ECF No. 22-2 as the proposed pleading Plaintiff requests leave to file. In addition to the ECF No. 23 corrections, it (a) renumbers the paragraphs sequentially to remove a duplicated and out-of-sequence paragraph and skipped numbers; and (b) removes one inapposite case citation.

4. The Corrected Proposed Second Amended Complaint makes no substantive change to any claim, party, factual theory, requested relief, or referenced exhibit. The claims, parties, and relief remain identical to those in the proposed Second Amended Complaint at ECF No. 22-2, as corrected by ECF No. 23. The referenced exhibits are unchanged; Plaintiff submits the corrected proposed pleading and exhibit index only because leave to amend has not yet been granted.

5. Plaintiff respectfully requests that the Court treat the attached Corrected Proposed Second Amended Complaint as the proposed pleading for purposes of Plaintiff's pending Motion for Leave to File Second Amended Complaint (ECF No. 22).

Dated: June 15, 2026

Respectfully submitted,

**Alexander C. Gray (pro se)**
150 N. Snow Canyon Dr., Unit 19
Ivins, UT 84738
(804) 335-7579
zandergray1@gmail.com

## CERTIFICATE OF SERVICE

I certify that on June 15, 2026, I served the foregoing Notice of Filing Corrected Proposed

Second Amended Complaint, together with the attached Corrected Proposed Second Amended

Complaint, by email on:

Maya M. Eckstein (meckstein@hunton.com)
C. Randolph Sullivan (rsullivan@hunton.com)
Reilly C. Moore (rmoore@hunton.com)
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219

Alexander C. Gray