Alexander C. Gray
150 N. Snow Canyon Dr., Unit 19
Ivins, UT 84738
(804) 335-7579
zandergray1@gmail.com



June 15, 2026

Clerk of Court
United States District Court
Eastern District of Virginia, Richmond Division
701 East Broad Street, ~~Suite 3000~~
Richmond, VA 23219

**Re:** Gray v. Commonwealth Savers, et al., Civil Action No. 3:25-cv-00742-RCY

Dear Clerk of Court:

Enclosed for filing in the above-referenced case, which is pending before the Honorable
Roderick C. Young, please find the following documents, submitted by the pro se Plaintiff in
paper form:

>    **1.** Notice of Filing Corrected Proposed Second Amended Complaint; and
>
>    **2.** Attachment A – Corrected Proposed Second Amended Complaint, including Index of
>    Exhibits.

The enclosed Notice relates to Plaintiff's pending Motion for Leave to File Second Amended
Complaint (ECF No. 22). The Corrected Proposed Second Amended Complaint is intended to
provide one clean corrected proposed pleading that incorporates Plaintiff's prior scrivener's
corrections and replaces the previously filed proposed Second Amended Complaint for purposes
of the pending Motion for Leave.

A copy of these documents is being served on counsel for Defendants by email on this date, as
reflected in the Certificate of Service.

Please date-stamp and file the enclosed documents. Thank you for your assistance.

Respectfully submitted,

**Alexander C. Gray (pro se)**

Enclosures (2)