# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION



FILED

JUL 17 2026

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

ALEXANDER C. GRAY,

    Plaintiff,

v.

Civil Action No. 3:25-cv-00742-RCY

**COMMONWEALTH SAVERS (f/k/a Virginia College Savings Plan)**,

**MARY G. MORRIS**, in her individual and official capacities,

**CAROLYN BISHOP**, in her individual and official capacities, and

**DEBBIE ALLAN**, in her individual and official capacities,

    Defendants.

## PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE SECOND CORRECTED PROPOSED SECOND AMENDED COMPLAINT

Plaintiff Alexander C. Gray, appearing pro se, respectfully moves for leave to substitute the attached Second Corrected Proposed Second Amended Complaint for the corrected proposed pleading at ECF No. 26-1. In support, Plaintiff states:

1. Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 22) remains pending. ECF No. 26-1 is the corrected proposed pleading submitted for consideration with that motion.

2. After a comprehensive source-conformity review, Plaintiff prepared Attachment A (clean) and Attachment B (a complete redline against ECF No. 26-1).

1

3. The substitute adds no claim, party, occurrence, exhibit, requested relief, or damages theory. It narrows or conforms quotations, source attributions, citations, one copied-recipient reference, and exhibit-index descriptions.

4. Because the proposed pleading is not operative, substitution creates no pleading-response deadline. The complete redline permits direct review, and Plaintiff requests no supplemental merits briefing unless the Court directs otherwise.

5. Plaintiff requests decision on the papers without oral argument pursuant to Local Civil Rule 7(J).

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and deem Attachment A substituted for ECF No. 26-1 as the proposed pleading considered in connection with ECF No. 22.

Respectfully submitted,

Alexander C. Gray (pro se)
150 N. Snow Canyon Dr., Unit 19
Ivins, UT 84738
(804) 335-7579
zandergray1@gmail.com
Dated: July 16, 2026

## CERTIFICATE OF SERVICE

I certify that on July 16, 2026, I served the Motion, supporting memorandum, Attachments A and B, and proposed order by email on:

Maya M. Eckstein (meckstein@hunton.com)
C. Randolph Sullivan (rsullivan@hunton.com)
Reilly C. Moore (rmoore@hunton.com)

Alexander C. Gray