Alexander C. Gray
150 N. Snow Canyon Dr., Unit 19
Ivins, UT 84738
(804) 335-7579
zandergray1@gmail.com

July 16, 2026

Clerk of Court
United States District Court
Eastern District of Virginia, Richmond Division
701 East Broad Street
Richmond, VA 23219



JUL 1 7 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**Re:** Gray v. Commonwealth Savers Plan, et al., No. 3:25-cv-00742-RCY

Dear Clerk of Court:

Please file the enclosed papers in the above-referenced action in the following order:

1. Plaintiff's Motion for Leave to Substitute Second Corrected Proposed Second Amended Complaint;
2. Memorandum in Support of Plaintiff's Motion for Leave to Substitute;
3. Attachment A — clean Second Corrected Proposed Second Amended Complaint;
4. Attachment B — complete redline against ECF No. 26-1; and
5. Proposed Order.

The Motion requests that Attachment A be treated as superseding ECF No. 26-1 as the proposed pleading considered in connection with Plaintiff's pending Motion for Leave to File Second Amended Complaint (ECF No. 22). Counsel of record are being served with identical copies of the filing packet.

Thank you for your assistance.

Respectfully submitted,

**Alexander C. Gray (pro se)**