**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

ALEXANDER C. GRAY,

    Plaintiff,

v.

Civil Action No. 3:25-cv-00742-RCY


**COMMONWEALTH SAVERS (f/k/a Virginia College Savings Plan),**

**MARY G. MORRIS,** in her individual and official capacities,

**CAROLYN BISHOP,** in her individual and official capacities, and

**DEBBIE ALLAN,** in her individual and official capacities,

    Defendants.


**[PROPOSED] ORDER**


Upon consideration of Plaintiff's Motion for Leave to Substitute Second Corrected Proposed Second Amended Complaint, the accompanying memorandum, the attached clean proposed pleading and redline, and the record, it is ORDERED that:
1. Plaintiff's Motion is GRANTED;
2. Attachment A to the Motion shall be treated as superseding ECF No. 26-1 and as the proposed pleading considered in connection with Plaintiff's pending Motion for Leave to File Second Amended Complaint (ECF No. 22); and
3. This Order does not resolve the merits of ECF No. 22 or any other pending motion.
It is so ORDERED.


Date: _____


_____
United States District Judge