**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| ALEXANDER C. GRAY,<br><br>     Plaintiff,<br><br> v.<br><br>COMMONWEALTH SAVERS,<br>MARY G. MORRIS, in her individual<br>capacity,<br>CAROLYN BISHOP, in her individual<br>capacity,<br>and<br>DEBBIE ALLAN, in her individual capacity,<br><br>     Defendants. | Civil Action No. 3:25-cv-742 |

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE SECOND CORRECTED PROPOSED SECOND AMENDED COMPLAINT**

Defendants Commonwealth Savers Plan, Mary G. Morris, Carolyn Bishop and Debbie Allan, by and through counsel, respectfully submit this memorandum in opposition to Plaintiff's Motion for Leave to Substitute Second Corrected Proposed Second Amended Complaint. Dkt. Nos. 27, 28.

Defendants file this memorandum solely to preserve and reiterate the arguments Defendants already made in their opposition to Plaintiff's Motion to File a Second Amended Complaint. Dkt. 24. As Defendants stated in that response, the Court should deny Plaintiff's motion to amend because it is futile. Plaintiff's new "Second Corrected Proposed Second Amended Complaint" includes the same basic factual allegations as the First Amended Complaint and fails to cure the fatal flaws identified in Defendants' pending motion to dismiss. Dkt. Nos. 14, 15. Defendants will not restate the arguments outlined in their prior memorandum in opposition

1

to Plaintiff's Motion to Amend (Dkt. No. 24), except to state that the same arguments apply with equal force to the latest version of Plaintiff's proposed Second Amended Complaint.

Dated: July 30, 2026

By: /s/ Reilly C. Moore
**HUNTON ANDREWS KURTH LLP**
Maya Eckstein (VA Bar No. 41413)
C. Randolph Sullivan (VA Bar No. 35696)
Reilly C. Moore (VA Bar No. 90928)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
meckstein@hunton.com
rsullivan@hunton.com
rmoore@hunton.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of July, 2026, a copy of the foregoing memorandum was filed electronically through the Court's Electronic Case Filing (ECF) system, and was served by first class mail and email on the following:

Alexander C. Gray
150 N. Snow Canyon Dr., Unit 19
Ivins, UT 84738
Zandergray1@gmail.com

By: <u>/s/ Reilly C. Moore</u>
Reilly C. Moore