# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Alexander C. Gray | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:25cv742 |
| Commonwealth Savers et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth Savers Plan, Mary G. Morris, Carolyn Bishop and Debbie Allan                              .

Date:     08/12/2026

*Attorney's signature*

C. Randolph Sullivan (VA Bar No. 35696)
*Printed name and bar number*

Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219

*Address*

rsullivan@hunton.com
*E-mail address*

(804) 788-8399
*Telephone number*

(804) 343-4709
*FAX number*