**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| ALEXANDER C. GRAY,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH SAVERS,<br>MARY G. MORRIS, in her individual capacity,<br>CAROLYN BISHOP, in her individual capacity,<br>and<br>DEBBIE ALLAN, in her individual capacity,<br><br>Defendants. | Civil Action No. 3:25-cv-742 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Reilly C. Moore hereby respectfully moves this Court for leave to withdraw as counsel for Defendants. As of 5:00 PM on August 14, 2026, Mr. Moore will no longer be employed by Hunton Andrews Kurth LLP. Hunton Andrews Kurth LLP will continue to represent Defendants in this matter.

Dated: August 14, 2026

By: /s/ Reilly C. Moore

**HUNTON ANDREWS KURTH LLP**
Maya Eckstein (VA Bar No. 41413)
C. Randolph Sullivan (VA Bar No. 35696)
Reilly C. Moore (VA Bar No. 90928)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
meckstein@hunton.com
rsullivan@hunton.com
rmoore@hunton.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of August, 2026, a copy of the foregoing was filed electronically through the Court's Electronic Case Filing (ECF) system, and was served by first class mail and email on the following:

Alexander C. Gray
150 N. Snow Canyon Dr., Unit 19
Ivins, UT 84738
Zandergray1@gmail.com

By: /s/ Reilly C. Moore
Reilly C. Moore