# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| Alexander C. Gray<br>*Plaintiff*<br>v.<br>Commonwealth Savers et al.<br>*Defendant* | ) ) ) ) ) | Case No. 3:25cv742 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth Savers Plan, Mary G. Morris, Carolyn Bishop and Debbie Allan .

Date: 08/17/2026

/s/ Maya M. Eckstein
*Attorney's signature*

Maya M. Eckstein
*Printed name and bar number*

Hunton Andrews Kurth LLP
Riverfront Plaza - East Tower
951 East Byrd Street
Richmond, Virginia 23219
*Address*

meckstein@hunton.com
*E-mail address*

(804) 788-8200
*Telephone number*

(804) 788-8218
*FAX number*