IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ALEXANDER C. GRAY,<br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH SAVERS, *et al*.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:25CV742 (RCY) |

**ORDER**

This matter is before the Court on a Motion for Leave to Withdraw as Counsel ("Motion to Withdraw," ECF No. 32), filed by Reilly C. Moore, counsel for Defendants, based on Mr. Moore's departure from the law firm of Hunton Andrews Kurth LLP. Mr. Moore represents that Hunton Andrews Kurth LLP will continue to represent Defendants in this matter, and the Court observes that attorneys Charles Randolph Sullivan and Maya Miriam Eckstein have already appeared on behalf of Defendants.

Based on this continuity of counsel and the early stage of this litigation, the Court finds that no party will be prejudiced by Mr. Moore's withdrawal and so finds good cause to GRANT the Motion to Withdraw (ECF No. 32). The Clerk is DIRECTED to REMOVE Reilly C. Moore as attorney of record for Defendants. Charles Randolph Sullivan and Maya Miriam Eckstein shall remain counsel of record for Defendants.

Let the Clerk update the docket accordingly, file this Order electronically, and send a copy to Plaintiff, who is proceeding *pro se*.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: August 17, 2026
Richmond, Virginia