# ATTACHMENT C

## Administrative records supporting the motion

C1: EEOC Form 5A signed April 11, 2026 (one page).

C2: Physical page 1 of the EEOC portal capture preserved on September 1, 2026. The complete source page is followed by an enlarged view of its charge-identification and filing-date block. The source file's blank second page is not reproduced.

These records identify the earlier charge-filing date on which Gray relies. The September 1 capture records status on that date; it is not a representation of a later portal update. The motion seeks no present ruling on administrative or judicial timeliness.

Respectfully submitted,

Alexander C. Gray, Plaintiff pro se
Date: September 21, 2026

**CERTIFICATION**

I declare under penalty of perjury that:
(1) No attorney has prepared, or assisted in the preparation of this document.

Alexander C. Gray, Signature of Pro Se Party
Executed on: September 21, 2026

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

For Official Use Only – Charge Number:

EEOC Form 5A (July 2024)

| | |
|---|---|
| **Personal Information** | First Name: Alexander MI: C Last Name: Gray<br>Address: 150 N Snow Canyon Dr, Unit 19 Apt.:<br>City: Ivins County: Washington State: UT Zip Code: 84738<br>Phone: 8043357579 Home ☐ Work ☐ Cell ☑ Email: zandergray1@gmail.com |
| **Who do you think discriminated against you?** | Employer ☑ Union ☐ Employment Agency ☐ Other Organization ☐<br>Organization Name: Commonwealth Savers<br>Address: 9001 Arboretum Parkway Suite:<br>City: North Chesterfield State: VA Zip Code: 23236 Phone: 1-855-472-8382 |
| **Why you think you were discriminated against?** | Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Pregnancy ☐<br>Disability ☑ Genetic Information ☐ Retaliation ☑ Other ☐(*specify*) |
| **What happened to you that you think was discriminatory?** | **Date of most recent job action you think was discriminatory:** 6/30/2025<br>**Also describe briefly each job action you think was discriminatory and when it happened (estimate).**<br>June 30, 2025 – Terminated for "job abandonment" hours after requesting PTO for family medical reasons.<br>June 27, 2025 – At meeting I requested, told I had "abandoned" my job and must resign or be terminated, before any absence.<br>June 23, 2025 – Submitted written complaint of unequal treatment after disclosing spouse's bipolar disorder and requested meeting.<br>March 19, 2025 – In-office requirement increased after disclosure, based on period already covered by positive review.<br>February 13, 2025 – Received "On Target" performance review with no issues. Others were allowed remote work, including Utah; I was denied similar treatment. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>**Signature:** [signature] **Date:** 4/11/2026 |

U.S. Equal Employment Opportunity Commission

Welcome, Alexander | Log Out

Filing with EEOC

Assessment | Inquiry | Schedule Interview | More Details | File Charge

## My Charge

**EEOC Number:** 438-2025-02440

**Status:** Investigation

EEOC is collecting evidence about your charge.

The charge of discrimination filed on **04/11/2026** with the U.S. Equal Employment Opportunity Commission (EEOC) by **Alexander C Gray** against **COMMONWEALTH SAVERS PLAN** is available for you to view online

The EEOC's **Richmond Local Office** is handling this charge. Your point of contact at the EEOC for this charge is **INVESTIGATOR,ERIC PETERSON** and can be reached at **ERIC.PETERSON@EEOC.GOV**

Add or Modify My Representative's Information | Update My Information

## My Documents

You can upload, view, and download documents related to your charge here (including the respondent's position statement, if you requested a copy). If the EEOC closes your charge, the documents will be available for 90 days.

**You should save all physical and electronic information and material related to your charge, even if you do not upload it here.**

Upload

| Name | Type | Added On | Added By |
|---|---|---|---|
| rebuttal_exhibits_submission(1) | Evidence Provided by Charging Party | 09/01/2026 | Charging Party |
| rebuttal_submission(1) | Rebuttal to Position Statement | 09/01/2026 | Charging Party |
| rebuttal_cover(1) | ADR-Correspondence from Charging Party/Representative | 09/01/2026 | Charging Party |
| 438-2025-02440_Position Statement Cover Letter and Response Request | Position Statement Cover Letter | 08/18/2026 | arcapp user |
| 2026-08-01_Request_for_Respondent_Position_Statement_Charge_438-2025-02440_Gray | Correspondence To/From Charging Party | 08/01/2026 | Charging Party |
| Exhibits to Commonwealth Savers Position Statement | Position Statement Attachments-Non-Confidential | 07/06/2026 | Respondent user |
| Commonwealth Savers Position Statement (7.6.2026) | Position Statement | 07/06/2026 | Respondent user |
| 2026-07-02_Request_for_ADR_Mediation_Status_Charge_438-2025-02440_Gray | ADR-Correspondence from Charging Party/Representative | 07/02/2026 | Charging Party |
| 438-2025-02440_ConfidentialityAgreementSigned-CP | Charging Party Confidentiality Agreement | 06/05/2026 | publicportal user |
| 438-2025-02440_AgreementToMediateSigned-CP | Charging Party Agreement to Mediate | 06/05/2026 | publicportal user |
| 438-2025-02440_ChargeOfDiscrimination | Charge of Discrimination | 05/26/2026 | arcapp user |
| SUPPLEMENTAL STATEMENT final filed with EEOC | Other Charging Party Document | 04/27/2026 | Charging Party |
| 2026-04-11 Alexander Gray Form 5A | Charge of Discrimination-Form 5A | 04/14/2026 | LADONNA INGRAM |
| 2026-04-09 EEOC Inquiry 438-2025-02440.msg | Form 5A Provided to PCP | 04/09/2026 | LADONNA INGRAM |

## Additional Information

What you should KNOW after filing a charge

What you should DO after filing a charge

How to request Respondent's Position Statement

**If you have questions**
You may find answers in the Frequently Asked Questions (FAQ)

If you still have questions about charge or the status of your charge, please contact your investigator directly at **ERIC.PETERSON@EEOC.GOV**. Please use Charge Number **438-2025-02440** on all correspondence and communications.

Back to My Cases

Technical Support | Accessibility Statement | Privacy Statement

## C2 - Enlargement of charge information

Left portion of the charge-information block

# My Charge

**EEOC Number:** 438-2025-02440

EEOC is collecting evidence about your charge.

The charge of discrimination filed on **04/11/2026** with the U.S. Equal Employment Opportunity Commission (EEOC) by **Alexander C Gra**

The EEOC's **Richmond Local Office** is handling this charge. Your point of contact at the EEOC for this charge is **INVESTIGATOR,ERIC**

Right continuation of the same block (with overlap)

**Status:** Investigation

**nder C Gray** against **COMMONWEALTH SAVERS PLAN** is available for you to view online

**ATOR,ERIC PETERSON** and can be reached at **ERIC.PETERSON@EEOC.GOV**