IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ALEXANDER C. GRAY,<br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH SAVERS PLAN, *et al.*,<br>Defendants. | ) | Civil Action No. 3:25CV742 (RCY) |

**ORDER**

This matter comes before the Court on *pro se* Plaintiff Alexander C. Gray's Motion for Leave to File Documents Electronically ("Electronic Filing Motion," ECF No. 7) and Motion for Expedited Discovery Under Federal Rule of Civil Procedure 26(d) ("Discovery Motion," ECF No. 11).

The Electronic Filing Motion (ECF No. 7) is DENIED AS MOOT. There is already a system in place for *pro se* litigants to file documents electronically, the Electronic Database Submission System (EDSS), which is accessible through the Court's website.

The Discovery Motion (ECF No. 11) is DENIED AS PREMATURE. The Court will issue a scheduling order pertaining to discovery and all other essential deadlines after resolving any forthcoming motion to dismiss, or when the case otherwise proceeds to an Initial Pretrial Conference.

Let the Clerk file this Order electronically, notify all counsel accordingly, and mail a copy to Plaintiff, who is proceeding *pro se*.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: September 30, 2026
Richmond, Virginia