United States District Court, Eastern District of Virginia, Richmond Division
Gray v. Commonwealth Savers Plan et al., No. 3:25-cv-00742-RCY

**PLAINTIFF'S SUBMISSION OF PROPOSED ORDER**

Plaintiff Alexander C. Gray submits the accompanying proposed order concerning his motion for leave to file the proposed Third Amended and Supplemental Complaint and provide for the response to the authorized pleading. The proposed order is offered for the Court's consideration and is not an entered ruling.

Respectfully submitted,

Alexander C. Gray, Plaintiff pro se
150 N. Snow Canyon Dr., Unit 19
Ivins, UT 84738
(804) 335-7579
zandergray1@gmail.com
Date: 10/22/2026

**CERTIFICATION**

I declare under penalty of perjury that:
(1) No attorney has prepared, or assisted in the preparation of this document.
Alexander C. Gray
Name of Pro Se Party (Print or Type)

Signature of Pro Se Party
Executed on: 10/22/2026

United States District Court, Eastern District of Virginia, Richmond Division
Gray v. Commonwealth Savers Plan et al., No. 3:25-cv-00742-RCY

**ORDER**

Upon consideration of Plaintiff's motion for leave and the proposed Third Amended and Supplemental Complaint, the Court ORDERS:

1. The motion for leave is GRANTED. The Clerk shall docket the complete proposed Third Amended and Supplemental Complaint accompanying Plaintiff's motion for leave and its identified exhibits as the operative pleading. That complete complaint is deemed filed as of the date it was tendered with the motion for leave. This provision does not alter the response requirements in paragraph 3 below or adjudicate any distinct relation-back issue under Rule 15(c). The complete VEC employer response and deputy's decision are not among the attachments. This order grants leave; it does not adjudicate liability or all later evidentiary uses. Any source issue requiring further determination shall be addressed through the applicable procedure and any further direction of the Court.
2. Upon the complete authorized Third Amended and Supplemental Complaint becoming operative under paragraph 1, Defendants' Motion to Dismiss, ECF No. 40, is DENIED WITHOUT PREJUDICE AS MOOT. This disposition does not adjudicate the merits of any claim or otherwise available defense.
3. Defendants shall answer or otherwise respond to the complete court-authorized TAC within the time remaining to respond to the original pleading or within fourteen (14) days after service of the amended pleading, whichever is later, unless the Court orders otherwise. Fed. R. Civ. P. 15(a)(3). The deemed filing date in paragraph 1 does not alter the date of service. Briefing on any motion directed to the authorized pleading shall proceed under the applicable rules and further order or notice.
4. Upon the disposition of ECF No. 40 specified in paragraph 2, the briefing schedule under ECF No. 42 concerning that motion terminates. Unless and until that disposition occurs, Plaintiff's existing opposition deadline remains effective unless otherwise ordered. Other existing deadlines remain effective unless expressly changed by this or another order.

It is SO ORDERED.

Date: __________________

______________________________
United States District Judge