UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
ALEXANDER C. GRAY, Plaintiff,
v.
COMMONWEALTH SAVERS PLAN, et al., Defendants.
Civil Action No. 3:25-cv-00742-RCY

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2026, I served true and correct copies of the following documents by email, pursuant to counsel's written agreement to reciprocal email service:

1. Motion for Leave to File Third Amended and Supplemental Complaint, with the accompanying complaint comparison;
2. Memorandum in Support;
3. Proposed Third Amended and Supplemental Complaint;
4. Complete 203-page exhibit packet, transmitted in three numbered parts; and
5. Submission of Proposed Order, with the proposed order.

Service was made in three numbered emails to counsel for all Defendants:
C. Randolph Sullivan - rsullivan@hunton.com
Maya M. Eckstein - meckstein@hunton.com

_______________________
Alexander C. Gray, Plaintiff pro se
150 N. Snow Canyon Dr., Unit 19, Ivins, UT 84738
(804) 335-7579 | zandergray1@gmail.com
Date: October 23, 2026

**CERTIFICATION**

I declare under penalty of perjury that:
(1) No attorney has prepared, or assisted in the preparation of this document.

Alexander C. Gray
Name of Pro Se Party (Print or Type)

_______________________
Signature of Pro Se Party
Executed on: October 23, 2026