UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ALEXANDER C. GRAY, Plaintiff,
v. Civil Action No. 3:25-cv-00742-RCY
COMMONWEALTH SAVERS PLAN, et al., Defendants.

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2026, I served a true and correct copy of Plaintiff's Reply in Support of Motion for Leave to File Third Amended and Supplemental Complaint, the accompanying Reply Exhibits 1-6, including their attachments, and the Proposed Additional Allegations to ECF No. 43-1 (Submitted for Leave Only), by electronic mail pursuant to counsel's written agreement to reciprocal email service, upon counsel for all Defendants:

C. Randolph Sullivan - rsullivan@hunton.com
Maya M. Eckstein - meckstein@hunton.com
Hunton Andrews Kurth LLP

Alexander C. Gray, Plaintiff pro se
150 N. Snow Canyon Dr., Unit 19, Ivins, UT 84738
(804) 335-7579 | zandergray1@gmail.com

**CERTIFICATION**

I declare under penalty of perjury that:
(1) No attorney has prepared, or assisted in the preparation of this document.
Alexander C. Gray
Name of Pro Se Party (Print or Type)

Alexander C Gray
Signature of Pro Se Party
Executed on: November 13, 2026