FILED
11/13/2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ALEXANDER C. GRAY, Plaintiff,
v. Civil Action No. 3:25-cv-00742-RCY
COMMONWEALTH SAVERS PLAN, et al., Defendants.

**PROPOSED ADDITIONAL ALLEGATIONS TO ECF NO. 43-1**
**(SUBMITTED FOR LEAVE ONLY)**

In support of the pending motion for leave (ECF No. 43), Gray proposes inserting the following paragraphs after paragraph 69E1 of ECF No. 43-1. Existing paragraphs 69E and 69E1 remain unchanged. If authorized, Gray will submit one complete conforming TAC as the Court directs.

69E2. On September 2, 2025, Gray left the Virginia Office of Civil Rights a voicemail identifying himself and EEOC reference number 438-2025-02440, stating that a package was coming, and requesting a case number or investigator. He mailed OCR at 202 N. 9th Street, Richmond, Virginia 23219 a signed copy of the Board-letter package he sent to CSP's Board members. The mailed copy identified EEOC reference number 438-2025-02440. OCR received the package on September 8, 2025, as the return receipt shows. As reflected in Gray's retained version, the package identified Gray and Commonwealth Savers; described his June 30 discharge hours after a family-medical PTO request and following disclosure of his wife's bipolar disorder; and listed associational disability discrimination and retaliation among his claims. It asked the Board to investigate and take remedial action. Exhibit R contains the retained version, subject to its stated version and limited-purpose qualifications. Gray received no response to that mailing.

69E3. From August 2025 through April 2026, Gray repeatedly tried to schedule an EEOC intake interview online and by telephone, often several times a week, but could not obtain an available appointment through those attempts, especially during and after the shutdown. He understood the interview to be the next step in filing. The EEOC's August 20 reminder directed

continued checking and stated: "If you are unable to schedule an appointment, EEOC will contact you prior to your charge filing deadline and provide you with the opportunity to file a timely charge." On December 4, 2025, the EEOC acknowledged that the appointment choices were grayed out and stated: "The last date a charge can be filed is April 26, 2026." Gray relied on the EEOC's promised timely-filing opportunity and the April 26/27, 2026 dates it supplied in deciding when to file, while continuing the efforts described above. He also understood that the EEOC process would result in filing with Virginia OCR. When the EEOC contacted him on April 9, he returned the signed Form 5A two days later, on April 11, 2026.

Respectfully submitted,

______________________________

Alexander C. Gray, Plaintiff pro se
150 N. Snow Canyon Dr., Unit 19, Ivins, UT 84738
(804) 335-7579 | zandergray1@gmail.com
Date: November 13, 2026

**CERTIFICATION**

I declare under penalty of perjury that:
(1) No attorney has prepared, or assisted in the preparation of this document.
Alexander C. Gray
Name of Pro Se Party (Print or Type)

Alexander C Gray
______________________________
Signature of Pro Se Party
Executed on: November 13, 2026