Revised 9/24

# EXTENSION OF WORKSHARING AGREEMENT
# FY 2025

Inasmuch as there have been no substantive changes in the processes, procedures, statutes, policies or regulations that would adversely affect or substantially alter the work sharing arrangement between the **Charlotte** District Office and the **Office of Civil Rights, Virginia Office of Attorney General**, or that would affect the processing of charges filed under the pertinent Federal, state or local statutes, the parties agree to extend the current Worksharing Agreement that was executed on **11/17/2023** through the FY 2025 Charge Resolution Contract Option Period, from October 1, 2024 through September 30, 2025. By executing this extension, the parties agree to abide by the confidentiality provisions cited in the Worksharing Agreement. This extension, as well as the attendant Worksharing Agreement may be reopened and amended by mutual consent of the parties.

The EEOC does not accept for credit any work that the EEOC and its agents are enjoined from performing because of a court order.

Johnson, Christine Digitally signed by Johnson, Christine Date: 2024.10.25 11:37:18 -04'00' — **10/25/2024**

For the FEPA — Date

ELIZABETH RADER Digitally signed by ELIZABETH RADER Date: 2024.11.04 17:06:48 -05'00'

For the EEOC District Office — Date