# REPLY EXHIBIT 3

## USAspending Award Record - EEOC Contract 45310026C0005

Selected fields from the official public API response retrieved November 7, 2026. The complete response follows, with formatting added for readability.

| | |
|---|---|
| Contract number | 45310026C0005 |
| Award type | DEFINITIVE CONTRACT |
| Description | FY26-FEPA-VIRGINIA OFFICE OF CIVIL RIGHTS, OFFICE OF THE ATTORNEY GENERAL |
| Awarding agency | Equal Employment Opportunity Commission |
| Recipient | EXECUTIVE OFFICE OF VIRGINIA |
| Reported signing date (date_signed) | 2026-03-11 |
| Performance start | 2025-10-01 |
| Performance end | 2026-09-30 |
| Reported contract obligation | $13,000.00 |
| USAspending award ID | 356410844 |

Official API source: https://api.usaspending.gov/api/v2/awards/356410844/

Public award page: https://www.usaspending.gov/award/CONT_AWD_45310026C0005_4500_-NONE-_-NONE-

The dates and descriptions above are reported award-data fields. This exhibit is a printout of that data, not the executed contract or its signature pages.

```
{
  "id": 356410844,
  "generated_unique_award_id": "CONT_AWD_45310026C0005_4500_-NONE-_-NONE-",
  "piid": "45310026C0005",
  "category": "contract",
  "type": "D",
  "type_description": "DEFINITIVE CONTRACT",
  "description": "FY26-FEPA-VIRGINIA OFFICE OF CIVIL RIGHTS, OFFICE OF THE ATTORNEY GENERAL",
  "total_obligation": 13000.0,
  "subaward_count": 0,
  "total_subaward_amount": null,
  "date_signed": "2026-03-11",
  "base_exercised_options": 13000.0,
  "base_and_all_options": 13000.0,
  "total_account_outlay": 0.0,
  "total_account_obligation": 20400.0,
  "account_outlays_by_defc": [
    {
      "code": "Q",
      "amount": 0.0
    }
  ],
  "account_obligations_by_defc": [
    {
      "code": "Q",
      "amount": 20400.0
    }
  ],
  "parent_award": null,
  "latest_transaction_contract_data": {
    "idv_type_description": null,
    "type_of_idc_description": null,
    "referenced_idv_agency_iden": null,
    "referenced_idv_agency_desc": null,
    "solicitation_identifier": null,
    "solicitation_procedures": "SSS",
    "number_of_offers_received": "1",
    "extent_competed": "B",
    "type_set_aside": "NONE",
    "type_set_aside_description": "NO SET ASIDE USED.",
    "evaluated_preference": "NONE",
    "fed_biz_opps": "N",
    "fed_biz_opps_description": "NO",
    "small_business_competitive": false,
    "product_or_service_code": "R418",
    "naics": "813311",
    "naics_description": "HUMAN RIGHTS ORGANIZATIONS",
    "sea_transportation": null,
    "clinger_cohen_act_planning": "N",
    "labor_standards": "X",
    "cost_or_pricing_data": "N",
    "domestic_or_foreign_entity": "B",
    "foreign_funding": "X",
    "major_program": null,
    "program_acronym": null,
    "subcontracting_plan": "B",
    "multi_year_contract": "N",
    "consolidated_contract": "D",
    "type_of_contract_pricing": "J",
    "national_interest_action": null,
    "multiple_or_single_award_description": null,
    "solicitation_procedures_description": "ONLY ONE SOURCE",
    "extent_competed_description": "NOT AVAILABLE FOR COMPETITION",
    "other_than_full_and_open": "OTH",
    "other_than_full_and_open_description": "AUTHORIZED BY STATUTE (FAR 6.302-5(A)(2)(I))",
    "commercial_item_acquisition": "D",
    "commercial_item_acquisition_description": "COMMERCIAL PRODUCTS/SERVICES PROCEDURES NOT USED",
```

```
    "commercial_item_test_program": "N",
    "commercial_item_test_program_description": "NO",
    "evaluated_preference_description": "NO PREFERENCE USED",
    "fair_opportunity_limited": null,
    "fair_opportunity_limited_description": null,
    "product_or_service_description": "SUPPORT- PROFESSIONAL: LEGAL",
    "dod_claimant_program": null,
    "dod_claimant_program_description": null,
    "dod_acquisition_program": null,
    "dod_acquisition_program_description": null,
    "information_technology_commercial_item_category": null,
    "information_technology_commercial_item_category_description": null,
    "sea_transportation_description": null,
    "clinger_cohen_act_planning_description": "NO",
    "construction_wage_rate": "N",
    "construction_wage_rate_description": "NO",
    "labor_standards_description": "NOT APPLICABLE",
    "materials_supplies": "N",
    "materials_supplies_description": "NO",
    "cost_or_pricing_data_description": "NO",
    "domestic_or_foreign_entity_description": "OTHER U.S. ENTITY (E.G. GOVERNMENT)",
    "foreign_funding_description": "NOT APPLICABLE",
    "interagency_contracting_authority": "X",
    "interagency_contracting_authority_description": "NOT APPLICABLE",
    "price_evaluation_adjustment": "0.00",
    "subcontracting_plan_description": "PLAN NOT REQUIRED",
    "multi_year_contract_description": "NO",
    "purchase_card_as_payment_method": "N",
    "purchase_card_as_payment_method_description": "NO",
    "consolidated_contract_description": "NOT CONSOLIDATED",
    "type_of_contract_pricing_description": "FIRM FIXED PRICE",
    "national_interest_action_description": null
  },
  "funding_agency": {
    "id": 611,
    "has_agency_page": true,
    "toptier_agency": {
      "name": "Equal Employment Opportunity Commission",
      "code": "045",
      "abbreviation": "EEOC",
      "slug": "equal-employment-opportunity-commission"
    },
    "subtier_agency": {
      "name": "Equal Employment Opportunity Commission",
      "code": "4500",
      "abbreviation": "EEOC"
    },
    "office_agency_name": "EQUAL EMPLOYMENT OPPORTUNITY COMM"
  },
  "awarding_agency": {
    "id": 611,
    "has_agency_page": true,
    "toptier_agency": {
      "name": "Equal Employment Opportunity Commission",
      "code": "045",
      "abbreviation": "EEOC",
      "slug": "equal-employment-opportunity-commission"
    },
    "subtier_agency": {
      "name": "Equal Employment Opportunity Commission",
      "code": "4500",
      "abbreviation": "EEOC"
    },
    "office_agency_name": "EQUAL EMPLOYMENT OPPORTUNITY COMM"
  },
  "period_of_performance": {
    "start_date": "2025-10-01",
```

```
    "end_date": "2026-09-30",
    "last_modified_date": "2026-03-18",
    "potential_end_date": "2026-09-30 12:09:00"
  },
  "recipient": {
    "recipient_hash": "80a27f1d-559b-2548-0d55-0480ff6d2f43-C",
    "recipient_name": "EXECUTIVE OFFICE OF VIRGINIA",
    "recipient_uei": "HHS5BAAJK9E9",
    "recipient_unique_id": null,
    "parent_recipient_hash": "80a27f1d-559b-2548-0d55-0480ff6d2f43-P",
    "parent_recipient_name": "EXECUTIVE OFFICE OF VIRGINIA",
    "parent_recipient_uei": "HHS5BAAJK9E9",
    "parent_recipient_unique_id": null,
    "business_categories": [
      "Category Business",
      "Government",
      "U.S. National Government",
      "Not Designated a Small Business",
      "U.S. Regional/State Government"
    ],
    "location": {
      "location_country_code": "USA",
      "country_name": "UNITED STATES",
      "state_code": "VA",
      "state_name": "VIRGINIA",
      "city_name": "RICHMOND",
      "county_code": "760",
      "county_name": "RICHMOND (CITY)",
      "address_line1": "202 N 9TH ST",
      "address_line2": null,
      "address_line3": null,
      "congressional_code": "04",
      "zip4": "3402",
      "zip5": "23219",
      "foreign_postal_code": null,
      "foreign_province": null
    }
  },
  "executive_details": {
    "officers": [
      {
        "name": null,
        "amount": null
      },
      {
        "name": null,
        "amount": null
      },
      {
        "name": null,
        "amount": null
      },
      {
        "name": null,
        "amount": null
      },
      {
        "name": null,
        "amount": null
      }
    ]
  },
  "place_of_performance": {
    "location_country_code": "USA",
    "country_name": "UNITED STATES",
    "county_code": "760",
    "county_name": "RICHMOND CITY",
```

```
    "city_name": "RICHMOND",
    "state_code": "VA",
    "state_name": "VIRGINIA",
    "congressional_code": "04",
    "zip4": "3402",
    "zip5": "23219",
    "address_line1": null,
    "address_line2": null,
    "address_line3": null,
    "foreign_province": null,
    "foreign_postal_code": null
  },
  "psc_hierarchy": {
    "toptier_code": {
      "code": "R",
      "description": "SUPPORT SVCS (PROF, ADMIN, MGMT)"
    },
    "midtier_code": {
      "code": "R4",
      "description": "PROFESSIONAL SERVICES"
    },
    "subtier_code": {},
    "base_code": {
      "code": "R418",
      "description": "SUPPORT- PROFESSIONAL: LEGAL"
    }
  },
  "naics_hierarchy": {
    "toptier_code": {
      "code": "81",
      "description": "Other Services (except Public Administration)"
    },
    "midtier_code": {
      "code": "8133",
      "description": "Social Advocacy Organizations"
    },
    "base_code": {
      "code": "813311",
      "description": "Human Rights Organizations"
    }
  },
  "total_outlay": null
}
```