# REPLY EXHIBIT 4

## EEOC Office of Field Programs Memorandum to FEPA Leaders

December 8, 2025

Thomas Colclough, Director, Office of Field Programs, U.S. Equal Employment Opportunity Commission

Source: official Palm Beach County Board of County Commissioners agenda packet for April 14, 2026, item 3EE-2.

The following page reproduces PDF page 31 of the 32-page source packet. It contains the EEOC memorandum concerning FY2026 funding contracts and worksharing agreements.

https://www.pbcgov.com/pubInf/Agenda/20260414/3EE2.pdf#page=31

Public source retrieved November 7, 2026. The source page is reproduced in full; the remaining county contract and agenda pages are not included.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington, D.C. 20507**

Office of
Field Programs

December 8, 2025

Dear FEPA Leader:

For many years we have heard from many of you requesting funding contracts at the beginning of our federal fiscal year. Given how the federal funding cycle works, it has been historically difficult to get all full funding contracts done early in the year because of limited Continuing Resolution ("CR") budgets.

After much collaboration, we are happy to announce that this year we are moving to a different funding model to ensure that all FEPAs receive an actual funding contract soon after the first tranche of appropriated funds becomes available.

Specifically, for FY 2026, FEPAs will receive a starter amount of funding, which comes from the agency's CR budget. These "Starter Contracts" will be approximately 20% of the final, total contract amount your agency received in FY 2025. Note the CR budget we receive at the beginning of the year is generally only a fraction of the total annual amount ultimately appropriated by Congress.

There will be upward modifications to FEPAs receiving these initial starter amounts later in the fiscal year as funds become available. It is important to note that since funds are specifically appropriated for State, Local and Tribal Programs (SLTP), they cannot be used for purposes other than SLTP which allocates almost 99% toward the FEPA and TERO contracts only.

Worksharing Agreements will simply be included in the funding contracts this year unless you are a FEPA that does not seek funding and only has a Worksharing Agreement in place to govern the dual-filing process. SLTP soon will be sending out the annual Request for Information, wherein you will be asked to provide your projected FY 2026 goals for charge resolutions and intake services, as well as work sharing language.

Thank you all for your time and attention. We continue to appreciate our partnership with you. Should you have any questions regarding any of the information provided here, please feel free to contact James Yao, SLTP Deputy Director.

Sincerely,

Thomas M. Colclough, Director, OFP
Digitally signed by Thomas M. Colclough, Director, OFP
DN: cn=Thomas M. Colclough, Director, OFP, o=EEOC, ou=Office of Field Programs (OFP), email=thomas.colclough@eeoc.gov, c=US
Date: 2025.12.08 15:56:08 -05'00'

Thomas Colclough, Director
Office of Field Programs

CC: Cheryl Mabry, SLTP Director
EEOC District Directors
EEOC State, Local and Tribal Program Managers/Coordinators