UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
ALEXANDER C. GRAY, Plaintiff,
v.
COMMONWEALTH SAVERS PLAN, et al., Defendants.
Civil Action No. 3:25-cv-00742-RCY

**REPLY EXHIBIT 5**

**DECLARATION OF ALEXANDER C. GRAY**

1. I am the plaintiff. I make this declaration from my personal recollection and the records identified below.

2. On September 2, 2025, I called the Virginia Office of Civil Rights at (804) 225-2292. After a long recorded greeting, I left my name, telephone number, email address and EEOC reference number 438-2025-02440. I said a package was coming and asked for a case number or investigator. My call log records an outgoing call on that date lasting 3 minutes 18 seconds (Attachment A).

3. I mailed OCR a copy of the same Board letter package I mailed to CSP's Board members. The copy I mailed to OCR bore my signature. It identified EEOC reference number 438-2025-02440 and described CSP's conduct. My August 27 address list identifies OCR as Package 9. I omitted OCR from the letter's cc line by mistake. The return receipt for article 9589 0710 5270 3132 2863 87, addressed to OCR at 202 N. 9th Street, Richmond, Virginia 23219, shows delivery on September 8, 2025 (Attachment B). I received no response from OCR to that mailed submission.

4. From August 2025 through April 2026, I repeatedly tried to schedule an EEOC intake interview online and by telephone, often several times a week. I understood the intake interview to be the next step in filing. I could not obtain an available appointment through those attempts, especially during and after the shutdown.

5. The EEOC's August 20 reminder instructed me to keep checking for appointments and promised an opportunity to file a timely charge if I could not schedule one (Attachment C). I relied on the EEOC's assurances that it would contact me before my deadline and on the April 26/27, 2026 dates it gave me, including in its December 4 response, in deciding when to file. I understood that the EEOC process would also result in filing with Virginia OCR, so I did not think a separate OCR filing was necessary. When the EEOC contacted me on April 9, I returned the signed Form 5A on April 11, 2026.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: November 13, 2026

Alexander C. Gray

**CERTIFICATION**

I declare under penalty of perjury that:
(1) No attorney has prepared, or assisted in the preparation of this document.

Alexander C. Gray
Name of Pro Se Party (Print or Type)
Alexander C Gray
Signature of Pro Se Party
Executed on: November 13, 2026

**Attachment A - September 2, 2025 Call Log**



**Attachment B - Return Receipt**



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Va Office of Civil Rights
202 N. 9th St
Richmond, VA
23219

9590 9402 9436 5069 3431 76

2. Article Number (Transfer from service label)

9589 0710 5270 3132 2863 87

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X [illegible signature]

☐ Agent
☐ Addressee

B. Received by (Printed Name) Ryan Jones

C. Date of Delivery 9/8/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ail
...ail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## Attachment C - August 20, 2025 EEOC Reminder

English-language portion of the bilingual email. Selected routing headers and the complete English body are reproduced below; the original message also contains a Spanish-language version.

From: EEOC <no-reply@service.eeoc.gov>
To: zandergray1@gmail.com
Subject: Reminder of Scheduled Interview / Recordatorio de Entrevista Programada
Date: Wed, 20 Aug 2025 11:38:13 +0000

U.S. Equal Employment Opportunity Commission

You recently submitted an inquiry, 438-2025-02440, about alleged employment discrimination by Commonwealth Savers to EEOC. We noticed that you have not yet scheduled an interview to discuss your claim. Appointments open up daily; please continue to check for an available appointment. If you are unable to schedule an appointment, EEOC will contact you prior to your charge filing deadline and provide you with the opportunity to file a timely charge.

Please go to the EEOC Public Portal ( https://publicportal.eeoc.gov/portal/HomePage.aspx ) as soon as possible to schedule an interview with EEOC.

Please visit EEOC Public Portal ( https://publicportal.eeoc.gov/portal/HomePage.aspx ) as soon as possible to provide additional information about your inquiry. Providing additional information is optional, but can help make the interview more productive and efficient. You may add or edit the additional information up until you have your interview with EEOC. The information you provide is confidential and will not be disclosed to your employer during an investigation

*ANSWERING THESE QUESTIONS IS NOT THE SAME AS FILING A CHARGE OF DISCRIMINATION.*

A charge of discrimination is a signed statement asserting that an organization engaged in employment discrimination. It requests EEOC to take remedial action. The laws enforced by EEOC, except the Equal Pay Act, require you to file a charge ( https://www.eeoc.gov/employees/charge.cfm ) before you can file a lawsuit for unlawful discrimination. There are strict time limits ( https://www.eeoc.gov/employees/timeliness.cfm ) for filing a charge.

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding inquiry 438-2025-02440. Please do not reply to this email.
Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact info@eeoc.gov and destroy all copies of the original message and attachments.