# REPLY EXHIBIT 6

## Commonwealth Savers Plan
## FY2025 Annual Comprehensive Financial Report
## Selected Excerpts

Source: Virginia General Assembly, Report RD1001 (2025).

https://rga.lis.virginia.gov/Published/2025/RD1001/PDF

The following pages reproduce the source report cover, Note 1J and Appendix A without alteration:

- Original PDF page 1: report cover.
- Original PDF page 63 (printed page 59): complete Note 1J, Administrative Expenses and Budget, with surrounding notes.
- Original PDF page 117 (printed page 114): complete Appendix A table, including date, units, other figures and rounding note.

The full public source contains 145 PDF pages. These excerpts preserve the original page dimensions and printed pagination. The source file was retrieved November 7, 2026.

The report's accounting categories and financial figures are reproduced as reported. They do not identify a legally executable judgment-payment account.

# Commonwealth Savers Plan







An Enterprise Fund and Fiduciary Fund of the Commonwealth of Virginia
Annual Comprehensive Financial Report for the fiscal year ending June 30, 2025

invest529® ABLEnow® retirepathVA℠

monthly account management fee equal to 30 percent of the fee for up to 25,000 accounts, 50 percent for 25,001 - 75,000 accounts and 70 percent for over 75,000 accounts.

ABLEAmerica fees have been waived until assets under management reach $300 million or June 2028; whichever is earlier.

RetirePath officially launched In June of 2023. Vestwell pays Commonwealth Savers an annual fee equal to .05 percent of the assets held in the RetirePath program's investment options. This fee is calculated and accrued daily and paid to Commonwealth Savers on a quarterly basis. Vestwell also pays Commonwealth Savers a portion of its monthly account management fee. Commonwealth Savers' portion totals $3 per account and is paid in quarterly installments of $0.75 per account throughout the year.

H. Prepaid and other assets

Commonwealth Savers' prepaid expenses include membership dues, subscriptions, maintenance and support, insurance payments and estimated payments for future unrelated business income tax obligations for future fiscal years that were paid in advance as of June 30, 2025. These amounts are recorded as assets within Commonwealth Savers' statement of net position.

I. Deferred Outflows and Deferred Inflows of Resources

Deferred outflows of resources are a consumption of assets by Commonwealth Savers that is applicable to a future reporting period. Deferred inflows of resources are an acquisition of assets by Commonwealth Savers that is applicable to a future reporting period. Commonwealth Savers reported deferred inflows and outflows for the fiscal year relating to pensions and other post-employment benefits (OPEB) in accordance with GASB Statements 68 and 75, respectively.

Changes in net pension liability not included in pension expense are reported as deferred outflows of resources or deferred inflows of resources. Changes in net OPEB liability or asset not included in personal services expense are reported as deferred outflows of resources or deferred inflows of resources. Employer contributions subsequent to the measurement date of the liabilities or assets are reported as deferred outflows of resources. For additional information, see Note 12, Retirement and Pension Plan; Note 13, Group Life Insurance Program, Virginia Sickness and Disability Plan and State Employee Health Insurance Credit Program; and Note 14, Healthcare Plan for Pre-Medicare Retirees.

J. Administrative Expenses and Budget

Commonwealth Savers is an independent state agency that does not receive a general fund appropriation from the Commonwealth of Virginia. However, Commonwealth Savers' operating expenditures, funded with non-general fund revenues, are included in the Commonwealth's Appropriation Acts and accordingly are subject to approval by the General Assembly and the Governor. The Board annually reviews and approves an operating budget. Operating expenses are primarily funded from administrative fee revenue. Commonwealth Savers prepares and submits a biennial budget to the Commonwealth in compliance with biennial budgetary requirements (cash basis). Also, in accordance with its fiduciary responsibility, the Board reviews a comparison of actual versus budgeted expenses each quarter.

K. Capital Assets

Tangible capital assets are recorded at cost at the time of acquisition and are reported net of accumulated depreciation. Commonwealth Savers capitalizes all property, plant, and equipment that has a cost or value greater than $5,000 and an expected useful life greater than two years. Depreciation is computed on a straight-line basis over the estimated useful life of the property.

The estimated useful lives of tangible capital assets which Commonwealth Savers currently owns are as follows:

| | Years |
|---|---|
| Equipment | 5-20 |
| Software | 10 |

Intangible assets are nonfinancial in nature, lack physical substance and have an initial useful life extending beyond a single reporting period. These assets may be acquired by purchase or license, through non-exchange transactions, or internally generated. Intangible assets are also capital assets and adhere to the same policies of other property, plant and equipment. There are three types of intangible assets which Commonwealth Savers evaluates for capitalization: purchased, internally generated computer software and right-to-use assets associated with either lease or subscription-based information technology contractual agreements. If it is determined that Commonwealth Savers has any of these categories of intangible assets, they will all be reported in Note 7 - Capital Assets.

Intangible assets with a value of $100,000 or greater are capitalized, except for internally generated software and right-to-use assets. Internally generated software is capitalized if it has a value of $1,000,000 or greater. Capitalization of internally developed software begins when the asset is considered identifiable, which is usually at the application development stage. This stage consists of the design, coding, installation and testing of the software and interfaces. Right-to-use assets associated with lease agreements and/or subscription based information technologies arrangements (SBITAs) with values of $50,000 or greater are capitalized in accordance with GASB statements 87 and 96, respectively. Intangible assets with definite useful lives are amortized over the shorter of the term of the related contract or the useful life.

Right-to-use assets, which represent intangible assets resulting from lease and/or SBITA agreements are valued using the total future payments over the contract term discounted to present value plus any implementation costs. If the interest rate is not implicit in the lease or SBITA agreements, the interest rate used in these calculations is the published prime interest rate at the beginning of the contract term. This is because

**Appendix A - Breakout of Enterprise Fund - Summary Net Position (millions)**

| **as of June 30, 2025** | Administration and Operations | Defined Benefit 529 | Access Program | Total Enterprise Fund |
|---|---|---|---|---|
| **Assets and deferred outflows:** | | | | |
| Current assets | $ 78.6 | $ 103.7 | $ — | $ 182.2 |
| Investments | — | 2,483.0 | 586.1 | 3,069.1 |
| Capital assets, net | 7.8 | 0.3 | — | 8.1 |
| Other noncurrent assets | 0.9 | 28.9 | — | 29.8 |
| Total assets | 87.3 | 2,615.9 | 586.1 | 3,289.2 |
| Total deferred outflows | 5.2 | — | — | 5.2 |
| Assets and deferred outflows | 92.4 | 2,615.9 | 586.1 | 3,294.4 |
| **Liabilities and deferred inflows:** | | | | |
| Current liabilities | 12.7 | 206.0 | — | 218.8 |
| Noncurrent liabilities | 15.3 | 1,013.0 | — | 1,028.3 |
| Total liabilities | 28.0 | 1,219.0 | — | 1,247.0 |
| Total deferred inflows | 2.3 | — | — | 2.3 |
| Liabilities and deferred inflows | 30.4 | 1,219.0 | — | 1,249.4 |
| **Net position** | | | | |
| Investment in capital assets | 5.9 | — | — | 6.0 |
| Restricted | 0.9 | — | — | 0.9 |
| Unrestricted | 55.2 | 1,396.9 | 586.1 | 2,038.2 |
| **Total net position*** | $ 62.0 | $ 1,396.9 | $ 586.1 | $ 2,045.0 |

**Breakout of Enterprise Fund – Changes in Net Position (millions)**

| **as of June 30, 2025** | Administration and Operations | Defined Benefit 529 | Access Program | Total Enterprise Fund |
|---|---|---|---|---|
| Operating revenues | | | | |
| Charges for sales and services | $ 56.7 | $ — | $ — | $ 56.7 |
| Investment income, net | 3.4 | 213.1 | 48.4 | 264.8 |
| Prepaid529 contract payments | — | 46.3 | — | 46.3 |
| Net actuarial gain/(loss) | — | 114.0 | — | 114.0 |
| Other revenue | — | — | — | — |
| Net operating revenues | 60.1 | 373.4 | 48.4 | 481.9 |
| Operating expense | 70.3 | 0.1 | — | 70.4 |
| Educational benefits expense | — | 174.8 | — | 174.8 |
| Total operating expenses | 70.3 | 174.9 | — | 245.2 |
| Operating income (loss) | (10.2) | 198.5 | 48.4 | 236.6 |
| Nonoperating revenue (expense) net | (0.3) | — | — | (0.3) |
| Income (loss) before transfers | (10.5) | 198.5 | 48.4 | 236.4 |
| Transfer | (0.3) | — | — | (0.3) |
| Change in net position | (10.8) | 198.5 | 48.4 | 236.1 |
| Restated net position, beginning | $ 72.8 | $ 1,198.5 | $ 537.7 | $ 1,809.0 |
| Net position, ending | $ 62.0 | $ 1,397.0 | $ 586.1 | $ 2,045.1 |

*Amounts may not sum due to rounding.