FILED
11/17/2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

ALEXANDER C. GRAY, Plaintiff,

v. Civil Action No. 3:25-cv-00742-RCY

COMMONWEALTH SAVERS PLAN, et al., Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT NEWLY RECEIVED WORKSHARING RECORDS**

Plaintiff Alexander C. Gray moves under Local Civil Rule 7(F)(1) for leave to supplement the record supporting his pending motion for leave to file the Third Amended and Supplemental Complaint, ECF No. 43, with Exhibits A-C to the accompanying memorandum.

On November 13, 2026, after Gray served and submitted his reply through EDSS, the Virginia Office of the Attorney General produced Contract 45310026C0005 and its Virginia worksharing addendum in response to his records request. The production email is Exhibit C. The contract supplies the receiving-agent, automatic-initiation, and sixty-day-waiver provisions discussed in the reply. Its signature blocks are blank; Gray offers the copy the agency produced without representing it as a signed copy.

Gray asks the Court to accept Exhibits A-C and consider the accompanying memorandum's limited explanation of their relevance. The reply already requests an opportunity to supply this contract's terms or official confirmation before denial. Reply at 5. This request leaves the reply and its requested relief unchanged. Gray asks that any response be limited to these newly received materials. A proposed order is attached.

**PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT NEWLY RECEIVED WORKSHARING RECORDS**

I declare under penalty of perjury that Exhibits A and B are true and correct copies of OAG's attachments I received on November 13, 2026, and that Exhibit C accurately reproduces the email text and identifies its sender, recipient, date and attachments.

Respectfully submitted,

Alexander C. Gray, Plaintiff pro se
150 N. Snow Canyon Dr., Unit 19
Ivins, UT 84738
(804) 335-7579 | zandergray1@gmail.com
Date: November 17, 2026

**CERTIFICATION**

I declare under penalty of perjury that:
(1) No attorney has prepared, or assisted in the preparation of this document.

Alexander C. Gray
Name of Pro Se Party (Print or Type)

Signature of Pro Se Party
Executed on: November 17, 2026

**CERTIFICATE OF SERVICE**

I certify, as of the filing of this document, that on November 17, 2026, I served this motion and its attached proposed order, the accompanying memorandum, and Exhibits A-C by agreed email on counsel for Defendants at rsullivan@hunton.com and meckstein@hunton.com.

Alexander C. Gray
Date: November 17, 2026

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

ALEXANDER C. GRAY, Plaintiff,

v. Civil Action No. 3:25-cv-00742-RCY

COMMONWEALTH SAVERS PLAN, et al., Defendants.

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to Submit Newly Received Worksharing Records and any response, the Court GRANTS the motion.

Exhibits A-C tendered with the motion are accepted as supplemental exhibits in support of ECF No. 43. The Court will consider the accompanying memorandum's limited explanation of their relevance. Defendants may file a response limited to the new materials within seven (7) days after entry of this Order.

The reply previously submitted on November 13, 2026 remains unchanged. This Order does not resolve ECF No. 43 or otherwise amend the operative complaint.

It is so ORDERED.

__________________________________

United States District Judge

Date: ____________________________

Richmond, Virginia